# EXHIBIT A



* 5  0  0  8  6  8  5  4 *
FILED
6/17/2021 4:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

13733376

FILED DATE: 6/17/2021 4:54 PM   2021L006260

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                                (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Tim Corse and Terese Corse

_____

Plaintiff(s)                                2021L006260

v.

Lendlease (US) Construction, Inc., By and    Case No. _____
Through its agents, employees and/or apparent

_____

Defendant(s)

C T Corporation Systems, 208 S LaSalle St., Ste.
814, Chicago, IL 60604

_____

Address of Defendant(s)

Please serve as follows (check one):    ○ Certified Mail    ● Sheriff Service    ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE.** You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

\* 5 0 0 8 6 8 5 4 \*

**Summons - Alias Summons**                                                      **(12/01/20) CCG 0001 B**

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www. illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

◉ Atty. No.: 49741
○ Pro Se 99500

Name: Miguel A. Ruiz

Atty. for (if applicable):

Cogan & Power, P.C.

Address: 1 E. Wacker Dr., Ste. 510

City: Chicago

State: IL    Zip: 60601

Telephone: 312-477-2500

Primary Email: mruiz@coganpower.com

Witness date _____

6/17/2021 4:54 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

FILED DATE: 6/17/2021 4:54 PM   2021L006260



**\* 5 0 0 8 6 8 5 4 \***

FILED DATE: 6/17/2021 4:54 PM   2021L006260

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date.  Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL.:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551



\* 5  0  0  8  6  8  5  4 \*
FILED
6/17/2021 4:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

13733376

| | | |
|---|---|---|
| **2120 - Served** | **2121 - Served** | **2620 - Sec. of State** |
| **2220 - Not Served** | **2221 - Not Served** | **2621 - Alias Sec of State** |
| **2320 - Served By Mail** | **2321 - Served By Mail** | |
| **2420 - Served By Publication** | **2421 - Served By Publication** | |
| **Summons - Alias Summons** | | **(12/01/20) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Tim Corse and Terese Corse

_____

Plaintiff(s)

v.

Lendlease (US) Construction, Inc., By and
Through its agents, employees and/or apparent

_____

Defendant(s)

C T Corporation Systems, 208 S LaSalle St., Ste.
814, Chicago, IL 60604

_____

Address of Defendant(s)

2021L006260

Case No. _____

Please serve as follows (check one):  ○ Certified Mail  ● Sheriff Service  ○ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE.** You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED DATE: 6/17/2021 4:54 PM  2021L006260



\* 5 0 0 8 6 8 5 4 \*

**Summons - Alias Summons** (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www. illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

◉ Atty. No.: 49741

○ Pro Se 99500

Name: Miguel A. Ruiz

Atty. for (if applicable):

Cogan & Power, P.C.

Address: 1 E. Wacker Dr., Ste. 510

City: Chicago

State: IL  Zip: 60601

Telephone: 312-477-2500

Primary Email: mruiz@coganpower.com

Witness date _____

6/17/2021 4:54 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

FILED DATE: 6/17/2021 4:54 PM 2021L006260



* 5 0 0 8 6 8 5 4 *

FILED DATE: 6/17/2021 4:54 PM   2021L006260

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
           OR
           ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

**12-Person Jury**



| Civil Action Cover Sheet - Case Initiation | (12/01/20) CCL 0520 |
|---|---|

* 5 0 0 8 6 8 5 4 *

FILED
6/17/2021 4:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 6/17/2021 4:54 PM   2021L006260

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Tim Corse and Terese Corse

v.

Lendlease (US) Construction, Inc./ By and through its agents, employees and/or apparent agents

No. _____

13733376

2021L006260

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the
complaint in all civil actions. The information contained herein
is for administrative purposes only and cannot be introduced into
evidence. Please check the box in front of the appropriate case
type which best characterizes your action. Only one (1) case type
may be checked with this cover sheet.

Jury Demand ☒ Yes ☐ No

**(FILE STAMP)**

#### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027  Motor Vehicle
- ☐ 040  Medical Malpractice
- ☐ 047  Asbestos
- ☐ 048  Dram Shop
- ☐ 049  Product Liability
- ☐ 051  Construction Injuries
  (including Structural Work Act, Road
  Construction Injuries Act and negligence)
- ☐ 052  Railroad/FELA
- ☐ 053  Pediatric Lead Exposure
- ☒ 061  Other Personal Injury/Wrongful Death
- ☐ 063  Intentional Tort
- ☐ 064  Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065  Premises Liability
- ☐ 078  Fen-phen/Redux Litigation
- ☐ 199  Silicone Implant

#### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007  Confessions of Judgment
- ☐ 008  Replevin
- ☐ 009  Tax
- ☐ 015  Condemnation
- ☐ 017  Detinue
- ☐ 029  Unemployment Compensation
- ☐ 031  Foreign Transcript
- ☐ 036  Administrative Review Action
- ☐ 085  Petition to Register Foreign Judgment
- ☐ 099  All Other Extraordinary Remedies

By: Miguel. A. Ruiz, Esq.
_____
(Attorney)                    (Pro Se)

#### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002  Breach of Contract
- ☐ 070  Professional Malpractice
  (other than legal or medical)
- ☐ 071  Fraud (other than legal or medical)
- ☐ 072  Consumer Fraud
- ☐ 073  Breach of Warranty
- ☐ 074  Statutory Action
  (Please specify below.**)
- ☐ 075  Other Commercial Litigation
  (Please specify below.**)
- ☐ 076  Retaliatory Discharge

#### OTHER ACTIONS
CASE TYPES:
- ☐ 062  Property Damage
- ☐ 066  Legal Malpractice
- ☐ 077  Libel/Slander
- ☐ 079  Petition for Qualified Orders
- ☐ 084  Petition to Issue Subpoena
- ☐ 100  Petition for Discovery

** _____
_____

Primary Email:  mruiz@coganpower.com

Secondary Email:  sdavis@coganpower.com

Tertiary Email:  dbarreto@coganpower.com

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice
form the **Clerk's Office** for this case at this email address: _____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ILED
6/17/2021 4:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

* 5 0 0 8 6 6 *

FILED DATE: 6/17/2021 4:54 PM   2021L006260

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

TIM CORSE and TERESE CORSE     )
     )
     Plaintiffs,     )
     )
     v.     )     NO: 2021L006260
     )
LENDLEASE (US) CONSTRUCTION, INC.,     )
By and through its agents, employees, and/or     )
Apparent agents,     )
     )
     Defendant.     )
     )

## COMPLAINT AT LAW

NOW COME the Plaintiffs, TIM CORSE and TERESE CORSE, by and through their attorneys, COGAN & POWER, P.C., and complaining of the Defendant, LENDLEASE (US) CONSTRUCTION, INC., by and through its agents employees, and/or apparent agents, state as follows:

### COUNT I

1.    At all times relevant hereto, the Defendant, LENDLEASE (US) CONSTRUCTION, INC., by and through its agents employees, and/or apparent agents, was and is a foreign corporation organized under the laws of Florida and licensed to conduct business in Illinois.

2.    On and before January 13, 2021, construction of a multi-unit residential building was underway at the property located at 188-224 N. Harbor Drive, City of Chicago, County of Cook, State of Illinois (hereinafter referred to as "job site").

3.    On and before January 13, 2021, the Defendant, LENDLEASE (US) CONSTRUCTION, INC., by and through its agents employees, and/or apparent agents, contracted

* 5 0 0 8 6 8 5 4 *

to perform certain construction related services on the job site including but not limited to acting as the general contractor and/or construction manager.

4.      On January 13, 2021, the Plaintiff, TIM CORSE, was an invitee on the job site.

5.      On January 13, 2021, the Plaintiff, TIM CORSE, was directed to the 24th floor of the KL building under construction at the job site to perform certain electrical work.

6.      On January 13, 2021, the Plaintiff, TIM CORSE, was required to enter a unit on the 24th and enter an IVF closet to complete his work.

7.      On January 13, 2021, while carrying materials to the IVF closet in a unit on the 24th floor of the KL building, the Plaintiff, TIM CORSE, was caused to trip and fall from materials, tools, and debris on the floor.

8.      At all times relevant hereto, it was the duty of the Defendant, LENDLEASE (US) CONSTRUCTION, INC., by and through its agents employees, and/or apparent agents, to exercise reasonable care and caution in the performance, management, control, supervision, and inspection, of the work on the premises in order to avoid injuries to those lawfully on the premises, including the Plaintiff, TIM CORSE.

9.      On January 13, 2021, notwithstanding its aforesaid duties, the Defendant, LENDLEASE (US) CONSTRUCTION, INC., by and through its agents employees, and/or apparent agents, was then and there guilty of one or more of the following acts and/or omissions:

   a.      Failed to inspect the job site for unsafe conditions;

   b.      Failed to enforce cleanliness on the jobsite to avoid the creation of tripping hazards;

   c.      Failed to warn of unsafe conditions;

   d.      Directed the work to be done in an unsafe manner;

   e.      Failed to provide proper equipment for debris management on the job site;

FILED DATE: 6/17/2021 4:54 PM   2021L006260

* 5 0 0 8 6 8 5 4 *

FILED DATE: 6/17/2021 4:54 PM    2021L006260

f.      Failed to schedule or sequence the work so that materials, tools, and debris did not cause an unsafe condition.

g.      Failed to follow OSHA rules and industry customs and practices for working surfaces;

h.      Failed to supervise sub-contractors while they were performing work on the job site;

i.      Failed to ensure that subcontractors received property training before working on the job site; and

j.      Failed to ensure subcontracts did not create unsafe conditions.

10.    As a proximate result of one or more of the aforesaid wrongful acts and/or omissions of the Defendant, LENDLEASE (US) CONSTRUCTION, INC., by and through its agents employees, and/or apparent agents, the Plaintiff, Tim Corse suffered personal and pecuniary injuries and will continue to in the future.

WHEREFORE the Plaintiff, TIM CORSE, moves this Honorable Court to enter judgment against the Defendant, LENDLEASE (US) CONSTRUCTION, INC., in an amount in excess of the jurisdictional limits of this Court, plus costs.

## COUNT II

1-10.    The Plaintiff, TERESE CORSE, reasserts and realleges paragraphs one (1) through eleven (10) of Count I as if fully set forth herein as paragraphs one (1) through eleven (10) of Count II.

11.    At all relevant times herein, the Plaintiff, TERESE CORSE, was and is the legal spouse of TIM CORSE.

12.    As a proximate result of the aforesaid negligent acts and/or omissions of the Defendants and as a result of the injuries suffered by TIM CORSE, TERESE CORSE, was and will be deprived of the services and companionship of her husband, TIM CORSE.

* 5 0 0 8 6 8 5 4 *

FILED DATE: 6/17/2021 4:54 PM  2021L006260

WHEREFORE the Plaintiff, TERESE CORSE, moves this Honorable Court to enter judgment against the Defendant, LENDLEASE (US) CONSTRUCTION, INC., by and through its agents employees, and/or apparent agents, in an amount in excess of the jurisdictional limits of this Court, plus costs.



Attorney for the Plaintiffs

Miguel A. Ruiz, Esq.
Sara M. Davis, Esq.
**COGAN & POWER, P.C.**
1 E. Wacker Drive, Suite 510
Chicago, IL 60601
Telephone: (312) 477-2500
mruiz@coganpower.com
sdavis@coganpower.com
Firm Id. 49741